EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Enmienda al Artículo 19 del Reglamento de Administración del Sistema de Personal de la Rama Judicial | 2001 TSPR 43 |

Número del Caso: EP-2001-02

Fecha: 30/marzo/2001

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

In re:

Enmienda al Artículo 19                          Para añadir el
Del Reglamento de Adminis-                        inciso 19.17
tración del Sistema de                            sobre Licencia
Personal de la Rama Judicial                      por paternidad
                                                    al Artículo 19

RESOLUCION

San Juan, Puerto Rico, a  30 de marzo de 2001

     Con el propósito de evitar el discrimen que surge de los estereotipos establecidos en la cultura del trabajo con respecto a los roles del hombre y de la mujer en ocasión del nacimiento o adopción de un hijo o de una hija, y para contribuir al fortalecimiento de la familia con el reconocimiento de que el cuidado de hijos e hijas es tarea que debe ser compartida, se añade al Reglamento de Administración del Sistema de Personal de la Rama Judicial, el inciso 19.17 al Artículo 19 para que lea como sigue:

Artículo 19

(19.17) -  Licencia por Paternidad

     El personal masculino tendrá derecho a disfrutar, a partir de la fecha del nacimiento de un hijo o hija, de cinco (5) días de licencia por paternidad.  Tres (3) de los días concedidos serán sin cargo a licencia alguna y dos (2) días serán con cargo al balance de la licencia de vacaciones o al tiempo compensatorio acumulado. Se requerirá presentar una certificación del médico que atendió

el parto o el certificado del nacimiento del hijo o de la hija.


    Esta licencia por paternidad también aplicará cuando se adopte a un hijo o a una hija.  La misma comenzará a partir de la fecha en que el adoptado o adoptada fue recibido o recibida en el hogar.  El hecho de la adopción será acreditado con los documentos expedidos por el tribunal competente.

Esta Resolución tendrá vigencia inmediata.

Publíquese.


 Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



                        Isabel Llompart Zeno
                        Secretaria del Tribunal Supremo